**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

REBUILD FLORIDA, LLC,

    Plaintiff,

v.                                                      Case No. 6:21-cv-771-WWB-LHP

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT and DANE EAGLE,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to HUD Only ("**Notice**," Doc. 55), which purports to dismiss Plaintiff's claims against Defendant the United States Department of Housing and Urban Development ("**HUD**") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). However, the Notice is invalid under that provision because Defendant Dane Eagle filed an Answer (Doc. 50), and Rule 41(a)(1) cannot be used to dismiss anything less than the entire action. *Perry v. Schumacher Grp. of La.*, 891 F.3d 954, 958 (11th Cir. 2018). Nevertheless, in the interests of justice and to avoid unnecessary motion practice, the Court will construe the Notice as a motion to amend under Rule 15, which will be granted. *See* Fed. R. Civ. P. 15(a)(2) ("[A] party may amend its pleading . . . with . . . the court's leave. The court should freely give leave when justice so requires.").

Therefore, it is **ORDERED** that the Notice (Doc. 55), construed as a motion to amend, is **GRANTED** and Plaintiff's pleading is deemed amended to remove all claims against HUD.

Also before the Court is Plaintiff's Response to Order to Show Cause (Doc. 56), wherein Plaintiff has informed the Court that the remaining claims against Dane Eagle have been completely settled. (Doc. 56 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **FURTHER ORDERED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** in Orlando, Florida on October 31, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record